**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JESSICA RENEE BOZEMAN,

      Plaintiff,

v.                                   CASE NO. 4:26cv216-RH-MAF

CITY OF TALLAHASSEE,

      Defendant.

_____/

## ORDER OF DISMISSAL

The plaintiff asserts she has been and is being denied due process of law in a state-court proceeding. This is, in substance, an effort to have a federal court disapprove state-court procedures and overrule a state-court judgment. But the plaintiff has been provided notice and an opportunity to be heard in state court—the essence of due process—and indeed, she has been provided an appeal, which is ongoing.

The case is before the court on the magistrate judge's report and recommendation, ECF No. 23, and the objections, ECF No. 24. I have reviewed de novo the issues raised by the objections. The report and recommendation correctly concludes that abstention is required under *Younger v. Harris*, 401 U.S. 37 (1971),

and its progeny. This makes it unnecessary to decide whether the complaint fails to state a claim on which relief can be granted.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's further opinion.

2. The defendant's motion to dismiss, ECF No. 12, is granted.

3. The clerk must enter judgment stating, "This case is dismissed without prejudice based on *Younger* abstention."

4. The emergency motion for a temporary restraining order and preliminary injunction, ECF No. 3, is denied.

5. The plaintiff's motion, ECF No. 25, to make filings using the court's electronic filing system ("CM/ECF") is denied.

6. Any further filing by the plaintiff must be double-spaced and use at least 14-point type.

7. The clerk must close the file.

SO ORDERED on June 1, 2026.

s/Robert L. Hinkle
United States District Judge